IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE AND TWIN CITY FIRE INSURANCE COMPANY,<br>*Plaintiffs,*<br><br>v.<br><br>T. YORKMAN TRUCKING LLC, D/B/A ROADRUNNER TRUCKING,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§  NO. MO:23-CV-00029<br>§<br>§<br>§ |

## ORDER

Before the Court is Plaintiff's Notice of Dismissal Without Prejudice (Doc. 10) filed June 14, 2023. In its notice, Plaintiff indicates voluntarily dismissing claims against the Defendants without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.*). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendants have not served an answer or a motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015). Each party shall bear its ow costs, expenses, and attorney fees.

The Court therefore **ORDERS** the Clerk of Court **CLOSE** this action.

It is so **ORDERED**.

SIGNED this 16th day of June, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE